54secondhabeas.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED APR 13 2006

Restoney Robinson, )
)
        Petitioner, )
)
v. )   **1:06CV00349**
)
Theodis Beck, )
)
        Respondent. )

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a state prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with the $5.00 filing fee. The Clerk of Court received the submission on April 5, 2006. This petition cannot be further processed because court records reveal that petitioner has already attacked the same murder conviction and sentence in a previous § 2254 petition [No. 2:96CV1]. Consequently, petitioner must apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition. This is required by 28 U.S.C. § 2244. See AO 241 (MDNC 3/97), Instructions, ¶ (5), which is enclosed. Therefore, this particular petition should be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk return the $5.00 filing fee to petitioner.

**IT IS RECOMMENDED** that this petition be dismissed for failure to apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition as is required by 28 U.S.C. § 2244.

                                        /s/ P. Trevor Sharp
                                   United States Magistrate Judge

Date: April 13, 2006