# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **RESTONEY ROBINSON,** | ) |
| | ) |
|        **Petitioner,** | ) |
| | ) |
| v. | )      1:06CV00349 |
| | ) |
| **THEODIS BECK,** | ) |
| | ) |
|        **Respondent.** | ) |

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 14, 2006, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's petition for writ of habeas corpus [Pleading No. 1] be dismissed without prejudice due to Petitioner's failure to apply to the Fourth Circuit Court of Appeals for an order authorizing this district to consider the current

petition as is required by 28 U.S.C. § 2244. A judgment dismissing this action will be entered contemporaneously with this Order.

/s/ William L. Osteen
United States District Judge

Date: July 26, 2006